UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-26-16

MARISA HOLMES,                      :
                                    :
                      Plaintiff,    :
                                    :       **ORDER**
           - against -              :
                                    :       **14-CV-5253 (LTS) (RLE)**
CITY OF NEW YORK, et al.,           :
                                    :
                      Defendants.   :

**RONALD L. ELLIS, United States Magistrate Judge:**

On January 15, 2016, Defendants filed a motion before Judge Swain to stay discovery in this matter pending the Court's ruling on their motion to dismiss. (Doc. No. 59.) The motion was referred to the undersigned. (Doc. No. 61.) Having reviewed the submissions of the Parties, a stay of discovery is not warranted. Defendants have presented no persuasive reason to halt the discovery process while the motion to dismiss is under consideration. Accordingly,

**IT IS HEREBY ORDERED THAT** Defendants' motion to stay discovery is **DENIED**.

**SO ORDERED this 26th day of January 2016**
**New York, New York**

**The Honorable Ronald L. Ellis**
**United States Magistrate Judge**