# Jeffrey A. Rothman
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

February 25, 2016

**By ECF to:**
The Honorable Ronald L. Ellis
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: <u>Marisa Holmes v. City of New York, et al.</u>; 14 Civ. 5253 (LTS)(RLE)

Dear Judge Ellis:

  I am counsel for Plaintiff in the above-captioned action. The parties have conferred, and write jointly to respectfully provide Your Honor with this joint status report. The parties have agreed upon the following deposition dates. I respectfully request that Your Honor "so order"[1] the following depositions to take place at my office on the following dates and times:

- Deputy Inspector Anthony Bologna: April 6, 2016 at 10 a.m.
- Sergeant Feldman: April 8, 2016 at 10 a.m.
- Detective Debonis: April 15, 2016 at 10 a.m.

  Mr. Lucas, counsel for Defendants, wishes to depose two non-party deponents, Barbara Ross and Joshua Van Praag. I have spoken with them, and they are cooperating in scheduling their depositions without need for the issuance of subpoenae. The precise dates have not yet been determined, however, but will be shortly.

  The parties thank the Court for its continued consideration in this matter.

           Respectfully submitted,

           /S/

           Jeffrey A. Rothman

cc: Andrew Lucas, Esq. (by ECF)

---

[1] Opposing counsel has agreed upon these dates for each of these witnesses, but objects to the deposition dates being "so ordered."